(Rev. 6/2003) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 0: 24 — CV — 62230 — JB

US BANK-TRUST NATL. ASSOCIATION

_____

Plaintiff(s)

v.

LYNN M. COOMANS

_____

_____

_____

Defendant(s)

FILED BY _____ D.C.

MAY 22 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## NOTICE OF FILING

### CERTIFICATE OF SERVICE (CERTIFIED)
(TITLE OF DOCUMENT)

I, LYNN M COOMANS _____ plaintiff or defendant, in the above styled cause,

AM SUBMITTING CERTIFIED TRACKING FOR SERVICE TO THE PLAINTIFF OF THE NOTICE OF APPEAL AS ORDERED BY THE COURT.

(Rev. 10/2003) General Document

**Certificate of Service**

I LYNN COOMANS _____, certify that on this date 5/22/25 a true copy
of the foregoing document was mailed to: _____

name(s) and address(es)

ROBERTSON , ANSHER , SCHNEED , CRANE & PARTNERS
6409 CONGRESS AVE BOCA RATON FL 33487      MARISCOW LAW GROUP
                                           100 W CYPRESS CREEK RD STE GH15
                                           FT LAUDERDAL, FL 33309

By:

LYNN COOMANS
Printed or typed name of Filer                    LMC
                                           Signature of Filer

_____                    _____
Florida Bar Number                          E-mail address

_____                    _____
Phone Number                                Facsimile Number

4233 W. HILLSBORO BLVD #970092
Street Address

COCONUT CREEK FL 33097
City, State, Zip Code

# CERTIFICATE OF SERVICE
# Case Number: 24-cv-622230-JB

9589 0710 5270 2091 3820 17

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Boca Raton FL 33487 OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $1.01

Total Postage and Fees $5.86

0437 10

COCONUT CREEK BRANCH 8666-33073 USPS — Postmark Here — MAY 15 2025 — 05/15/2025

Sent To ROBERTSON, ANSHUTZ, SCHNEID, CRANE & PARTNERS
Street and Apt. No., or PO Box No. 6409 CONGRESS AVE STE
City, State, ZIP+4® BOCA RATON FL 33487

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2091 3820 00

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Fort Lauderdale FL 33309 OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $1.01

Total Postage and Fees $5.86

COCONUT CREEK BRANCH 8666-33073 USPS — Postmark Here — MAY 15 2025 — 05/15/2025

Sent To MARINOSCI LAW GROUP
Street and Apt. No., or PO Box No. 100 W CYPRESS CREEK RD STE 1045
City, State, ZIP+4® FORT LAUDERDALE FL 33309

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions



